# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ARNOLD W. BOEHNE,**

        **Plaintiff,**

-vs-                                                       Case No. 6:10-cv-860-Orl-22GJK

**EASY CREDIT AUTO SALES, INC. and**
**HENRY J. PEARSON, SR.,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on the Joint Stipulation for Dismissal with Prejudice (Doc. No. 13) filed on August 30, 2010.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 24, 2010 (Doc. No. 14) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Stipulation for Dismissal with Prejudice (Doc. No. 13) is granted to the extent the Agreement is fair and reasonable, and denied to the extent the parties request the Court retain jurisdiction.

      3.      This case is DISMISSED WITH PREJUDICE.

      4.      The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 12, 2010.

Copies furnished to:

Counsel of Record

_____
ANNE C. CONWAY
United States District Judge